

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TERESA CORRAL LERMA, VERONICA TERESA LERMA AND EDUARDO N. LERMA, | § | No. 08-12-00003-CV |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 120th District Court |
| | § | of El Paso County, Texas |
| BORDER DEMOLITION & ENVIRONMENTAL INC. | § | (TC# 2009-2631) |
| Appellee. | § | |
| | § | |

**O R D E R**

Appellee's response of November 9, 2021, indicates Appellant, Eddie Lerma, may be subject to bankruptcy proceedings from a December 18, 2017, filing. The court orders Appellant to provide documentation he no longer is subject to any bankruptcy proceedings by November 19, 2021.

IT IS SO ORDERED this 12th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley JJ.